```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  11/20/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
**SHARON THOMAS,** :
:
:
**Plaintiff,** :
:
-against- : **1:24-cv-08769 (ALC)**
:
**WYNDHAM VACATION OWNERSHIP,** : **ORDER**
**INC.,** :
:
**Defendant.** :
:
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

On November 19, 2025, Defendant submitted a letter motion with the Court requesting a pre-motion conference in connection with an anticipated motion to dismiss. *See* ECF No. 31. In accordance with this Court's Individual Practices, Plaintiff is **ordered** to respond by **November 25, 2025.**

**SO ORDERED.**

Dated:  **November 20, 2025**
        **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**