**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SHARON THOMAS,** <br><br> **Plaintiff,** <br><br> **-against-** <br><br> **WYNDHAM VACATION OWNERSHIP, INC.,** <br><br> **Defendant.** | : | **1:24-cv-08769 (ALC)** <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant's motion to strike the jury demand in Plaintiff's Amended Complaint. Defendant's motion is hereby **DENIED** without prejudice to file a renewed motion following deposition and additional discovery. The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 39.

**SO ORDERED.**

**Dated:** **September 1, 2026**
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**