MORRISON LAW FIRM, P.C.
445 Hamilton Avenue, Suite 505
White Plains, New York 10601
Phone (914) 239-3650
Facsimile (914) 750-4028

Daniel W. Morrison
Steven T. Sledzik

*Admitted in New York and Connecticut*

Connecticut Office
25 Field Point Road
Greenwich, Connecticut 06830
Phone (203) 244-4041

Maureen Sockett
Janet Crawford
Gail A. Rueckel-Davey

The conference will be rescheduled by separate order.

SO ORDERED:

9/8/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

By ECF

September 9, 2026

The Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 18-D
New York, NY 10007

**Re: Thomas v. Wyndham Vacation Ownership, Inc. 24-cv-08769 (ALC)(RWL)**

Dear Magistrate Lehrburger:

We represent Plaintiff, Sharron Thomas, in the above-referenced matter related to age, race, and national origin discrimination causes of action under state and local human rights laws. Recently, the Court scheduled a case management conference on October 13, 2026.

However, I have a compliance conference scheduled for that same morning. We contacted counsel for Defendant who agreed to our request to adjourn this conference to October 16 or 23, 2026 or the afternoon of October 20, 2026, if the Court is available. We can also propose alternative dates later that month or into November to reschedule the conference.

This is the first request for this relief. Thank you.

Respectfully submitted,

/s/Steven T. Sledzik

Steven T. Sledzik
Partner

sts

cc: Andrew Sherwood/Tenzin Tashi, Jackson Lewis, Counsel for Defendant (by ECF)
Sharron Thomas (by email)