MORRISON LAW FIRM, P.C.
445 Hamilton Avenue, Suite 505
White Plains, New York 10601
Phone (914) 239-3650
Facsimile (914) 750-4028

Daniel W. Morrison
Steven T. Sledzik

*Admitted in New York and Connecticut*

Connecticut Office
25 Field Point Road
Greenwich, Connecticut 06830
Phone (203) 244-4041

Maureen Sockett
Janet Crawford
Gail A. Rueckel-Davey

Request granted. The IPTC will be adjourned sine die. The parties shall file a status report by the earlier of December 10, 2026, or within 5 days after mediation.

SO ORDERED:

9/28/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

By ECF

September 28, 2026

The Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 18-D
New York, NY 10007

**Re: Thomas v. Wyndham Vacation Ownership, Inc. 24-cv-08769 (ALC)(RWL)**

Dear Magistrate Lehrburger:

We represent Plaintiff, Sharron Thomas, in the above-referenced matter related to age, race, and national origin discrimination causes of action under state and local human rights laws. Recently, the Court scheduled a case management conference for October 19, 2026. In accordance with the Court's Third Amended Standing Order, Case 1:11-mc-00003-LAP, signed by Chief Judge Swain, this matter is required to be referred to the Court's Mediation Program, as it is a counseled employment law case. (*See* Exhibit A) We believe that the case management conference should be adjourned *sine die* to allow the parties to mediate and to be rescheduled if the mediation is not successful. Defendant does not object to this request.

This is the first request for this particular relief, we previously requested a rescheduling of the case management conference due to a scheduling conflict of mine, a request which the court granted. Thank you.

Respectfully submitted,

/s/Steven T. Sledzik

Steven T. Sledzik
Partner

sts

cc: Andrew Sherwood/Tenzin Tashi, Jackson Lewis, Counsel for Defendant (by ECF)
Sharron Thomas (by email)